# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

United States of America
v.
Arturo Rico

)
)
)
)
)
)
)
)

Case No:  5:11-CR-187-1D

USM No: 55558-056

Date of Original Judgment:          December 13, 2011

Date of Previous Amended Judgment:

*(Use Date of Last Amended Judgment if Any)*

Katherine Shea

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  97          months **is reduced to**  78 months

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated  December 13, 2011,
shall remain in effect. **IT IS SO ORDERED.**

Order Date:          5/1/16

*Judge's signature*

Effective Date:     November 1, 2015
            *(if different from order date)*

James C. Dever III          Chief U.S. District Judge
            *Printed name and title*

EDNC Rev. 11/8/2011